PROB 12C-WAR
(05/21)

FILED LODGED
RECEIVED
Jul 23 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

# UNITED STATES DISTRICT COURT
for
## Western District of Washington
### Petition for Warrant or Summons for Person Under Supervision

**Name:** Santos Caro **Case Number:** 2:20CR00197RAJ-005
**Name of Judicial Officer:** The Honorable Richard A. Jones, United States District Judge
**Date of Original Sentence:** 11/19/2021 **Date of Report:** 07/23/2025
**Original Offense:** Conspiracy to Distribute Controlled Substances
**Original Sentence:** 60 months' custody; 4 years' supervised release
**Type of Supervision:** Supervised Release **Date Supervision Commenced:** 07/15/2025
**Date Supervision Expires:** 07/14/2029
**Assistant United States Attorney:** Benjamin T. Diggs **Defense Attorney:** Gilbert Levy
**Special Conditions Imposed:**

☒ Substance Abuse ☐ Financial Disclosure ☐ Restitution:
☒ Mental Health ☐ Fine ☐ Community Service
☒ Other: MRT; Search/seizure

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

I allege Santos Caro has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to report to the United States Probation Office within 72 hours of his release from custody, on or about July 15, 2025, in violation of a standard condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
  ☒ risk of flight.
  ☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of July, 2025.

Matthew D. McDaniel
United States Probation Officer

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

BY:

Analiese D. Johnson
Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The Issuance of a Warrant under seal
(conditions of supervision shall remain in effect pending final adjudication)

☐ The Issuance of a Summons
(conditions of supervision shall remain in effect pending final adjudication)

☐ Other

Signature of Judicial Officer

7/23/2025
Date

7664-065



AO 442 (Rev. 11/11) Arrest Warrant

786 976

# UNITED STATES DISTRICT COURT
for
Western District of Washington

United States of America
v.
**Santos Caro**
*Defendant*

Case No. **2:20CR00197RAJ-005**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Santos Caro, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: Violations of conditions of supervision

Date: 7/23/2025

*Issuing officer's signature*

City and State: Tacoma, WA

J. Richard Creatura, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________
at *(city and state)* ______________________________.

Date: ______________

______________________________
*Arresting officer's signature*

______________________________
*Printed name and title*

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CRIMINAL DOCKET FOR CASE #: 2:20-cr-00197-RAJ-5

Case title: USA v. Ibarra-Valle et al

Date Filed: 11/18/2020

Date Terminated: 11/19/2021

---

Assigned to: Judge Richard A. Jones

**Defendant (5)**

**Santos Caro**
*TERMINATED: 11/19/2021*

represented by **Gilbert H. Levy**
LAW OFFICE OF GILBERT H LEVY
2125 WESTERN AVE STE 330
SEATTLE, WA 98121
206-443-0670
Fax: 206-448-2252
Email: gilbert.levy.atty@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| Conspiracy to Distribute Controlled Substances - 21:841(a)(1) and 846<br>(1) | 60 months in custody of the Bureau of Prisons; 4 years of supervised release with standard and special conditions; $100.00 special assessment; fine waived |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| Possession of Methamphetamine and Heroin with Intent to Distribute - 21:841(a)(1) and 841(b)(1)(A) and (B), and 18:2 (3) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Interested Party**

| | | |
|---|---|---|
| **Russell M Aoki**<br>*Coordinating Discovery Attorney*<br>*TERMINATED: 06/04/2026* | represented by | **Russell M Aoki**<br>AOKI LAW PLLC<br>1200 5TH AVENUE<br>SUITE 750<br>SEATTLE, WA 98101<br>206-624-1900<br>Email: russ@aokilaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Vincent T Lombardi**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271<br>206-553-7970<br>Email: Vince.Lombardi@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

**Benjamin T. Diggs**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-2275
Email: ECF-CRM.USAWAW@usdoj.gov
*TERMINATED: 08/25/2022*
*Designation: Assistant US Attorney*

**Karyn S Johnson**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: Karyn.S.Johnson@usdoj.gov
*TERMINATED: 08/04/2025*
*Designation: Retained*

**Michael Forrest Harder**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-465-6201
Email: michael.harder@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Nicholas Arnold Manheim**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-4399
Email: ECF-CRM.USAWAW@USDOJ.GOV
*TERMINATED: 01/18/2023*
*Designation: Retained*

**Sarah Y Vogel**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: Sarah.Vogel@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2020 | 1 | INDICTMENT as to Jose Luis Ibarra-Valle (1) count(s) 1, 2, 3, 6, 7, Jesus Gutierrez-Garcia (2) count(s) 1, 6, Jesus Garnica-Melgoza (3) count(s) 1, 4, 5, Humberto Garcia (4) count(s) 1, Santos Caro (5) count(s) 1, 3, Charles Hoffman (6) count(s) 1, Lee Wallette (7) count(s) 1, 6, Tisha Girtz (8) count(s) 1, 6, 8. (Attachments: # 1 Status Sheets) (AQ) (Entered: 11/19/2020) |
| 11/18/2020 | 2 | **SEALED Signature Page** to 1 Indictment, as to Jose Luis Ibarra-Valle, Jesus Gutierrez-Garcia, Jesus Garnica-Melgoza, Humberto Garcia, Santos Caro, Charles Hoffman, Lee Wallette, Tisha Girtz. (AQ) (Entered: 11/19/2020) |
| 11/18/2020 | 7 | ORDER ISSUING BENCH WARRANT as to Santos Caro by Hon. Mary Alice Theiler. cc: USMO; (AQ) (Entered: 11/19/2020) |
| 12/02/2020 | | Case unsealed as to Jose Luis Ibarra-Valle, Jesus Gutierrez-Garcia, Jesus Garnica-Melgoza, Humberto Garcia, Santos Caro, Charles Hoffman, Lee Wallette, Tisha Girtz. (SNP) (Entered: 12/02/2020) |
| 12/03/2020 | 49 | NOTICE OF ATTORNEY APPEARANCE Nicholas Arnold Manheim appearing for USA. (Manheim, Nicholas) (Entered: 12/03/2020) |
| 01/05/2021 | 74 | NOTICE OF JOINDER as to ~~Jose Luis Ibarra-Valle, Jesus Gutierrez-Garcia, Jesus Garnica-Melgoza, Humberto Garcia, Santos Caro, Charles Hoffman,~~ Lee Wallette, ~~Tisha Girtz Jose Luis Ibarra-Valle~~ JOINING 68 Stipulated MOTION to Continue Trial filed by USA (Scanlan, Emma) Modified on 1/5/2021 to indicate the Notice of Joinder is as to Defendant Lee Wallette only. (VE) Modified on 1/5/2021 (VE). (Entered: 01/05/2021) |
| 01/05/2021 | | NOTICE of Docket Text Modification re: 74 NOTICE of Joinder. Joinder is as to Defendant Lee Wallette only. (VE) (Entered: 01/05/2021) |

| | | |
|---|---|---|
| 01/12/2021 | | Arrest on 1/12/2021 of Santos Caro in the District of Oregon - Portland. (AQ) (Entered: 01/13/2021) |
| 01/13/2021 | 82 | Rule 5(c)(3) Documents Received as to Santos Caro (Attachments: # 1 Docket, # 2 Waiver of Rule 5, # 3 Commitment to Another District) (AQ) (Entered: 01/13/2021) |
| 01/21/2021 | 93 | Arrest Warrant Returned Executed on 1/8/2021 in case as to Santos Caro. (SNP) (Entered: 01/25/2021) |
| 02/17/2021 | 97 | MOTION [Expedited Consideration Requested] Directing Marshals to Transport Defendant to Western District of Washington by Santos Caro. (Attachments: # 1 Proposed Order) Noting Date 2/26/2021, (Levy, Gilbert) (Entered: 02/17/2021) |
| 02/17/2021 | | NOTE: Document 97 was filed incorrectly. Appearance of attorney Gilbert Levy is not proper, and must be corrected. Signatures must be in accordance with FRCP 11 and LCR 83.2(a) and must comply with ECF Filing Procedures. (MW) (Entered: 02/23/2021) |
| 02/23/2021 | 98 | ORDER granting 97 MOTION Directing Marshals to Transport Defendant to Western District of Washington as to Santos Caro (5), signed by Judge Richard A. Jones. (cc: USMO) (VE) (Entered: 02/23/2021) |
| 03/16/2021 | 102 | MOTION to Compel *[Expedited Consideration Requested] Compliance with Court Order* by Santos Caro. (Attachments: # 1 Proposed Order) Noting Date 3/26/2021, (Levy, Gilbert) (Entered: 03/16/2021) |
| 03/17/2021 | 103 | MOTION for Detention by USA as to Santos Caro Noting Date 3/17/2021, (Manheim, Nicholas) (Entered: 03/17/2021) |
| 03/17/2021 | 106 | CJA 20 Appointment as to Santos Caro *(No.pdf image attached):*Appointment of Attorney Gilbert H. Levy for Santos Caro, Approved by Hon. Mary Alice Theiler. (JES) (Entered: 03/17/2021) |
| 03/17/2021 | 107 | MOTION for Detention by USA as to Santos Caro (JES) (Entered: 03/17/2021) |
| 03/17/2021 | 108 | Minute Entry for proceedings held before Hon. Mary Alice Theiler- CRD: *J. Sands*; AUSA: *Nick Manheim*; Def Cnsl: *Terry Kellogg for Gil Levy*; PTS: *Leona Nguyen*; Court Reporter: *Zoom Recording*; Time of Hearing: *2:00PM*; Courtroom: *12B*; **INITIAL APPEARANCE AND ARRAIGNMENT** as to Santos Caro (5) Count 1,3 held on 3/17/2021. Defendant present in custody via Zoom conference from Courtroom 12A, pursuant to General Order 18-20. Parties address the |

| | | |
|---|---|---|
| | | need for video hearing. Defendant consents to appear by video. Defendant advised of rights. Financial Affidavit reviewed. Counsel appointed. Defendant advised of charges and penalties. Defendant pleads NOT GUILTY to all charges. Defense Counsel requests discovery pursuant to Local Rule. Government moves for detention. Defense counsel requests a detention hearing. Hearing set and defendant remanded to custody.<br><br>**Detention Hearing set for 3/19/2021 at 11:00 AM before Hon. Mary Alice Theiler.**<br>**Jury Trial is set for 5/24/2021 at 09:00 AM before Judge Richard A. Jones.**<br>**Motions due by 4/7/2021. *Proposed Trial Exhibits Due By:5/24/2021.*** (JES) (Entered: 03/17/2021) |
| 03/17/2021 | 109 | The Court Orders as follows: Pursuant to the Due Process Protection Act, counsel for the government is reminded of his/her obligations pursuant to *Brady v. Maryland* and its progeny to disclose exculpatory material and information, as required by applicable statute and case law. The failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. By Hon. Mary Alice Theiler. *(No.pdf image attached)* (JES) (Entered: 03/17/2021) |
| 03/19/2021 | 111 | Minute Entry for proceedings held before Hon. Mary Alice Theiler via Zoom video conference - CRD: *K. Peter*; AUSA: *Nicholas Manheim*; Def Cnsl: *Gilbert Levy*; PTS: *Leona Nguyen*; Court Reporter: *Zoom Recording*; Time of Hearing: *11:00am*; **DETENTION HEARING** as to Santos Caro held on 3/19/2021. Defendant present in custody and consents to appear via video. Court reviews record. Government maintains motion for detention and makes argument. Defense argues for release. Defendant ORDERED DETAINED and remanded to custody. (KMP) (Entered: 03/19/2021) |
| 03/19/2021 | 112 | DETENTION ORDER as to Santos Caro by Hon. Mary Alice Theiler. (cc: PTS, USMO) (KMP) (Entered: 03/19/2021) |
| 03/26/2021 | 118 | NOTICE *OF WITHDRAWAL OF MOTION* by Santos Caro re 102 MOTION to Compel *[Expedited Consideration Requested] Compliance with Court Order* (Levy, Gilbert) (Entered: 03/26/2021) |
| 03/26/2021 | | ***Motion terminated: 102 MOTION to Compel *Compliance with Court Order* filed by Santos Caro terminated per 118 NOTICE OF |

| | | |
|---|---|---|
| | | WITHDRAWAL OF MOTION by Santos Caro. (VE) (Entered: 03/26/2021) |
| 04/01/2021 | 121 | MOTION to Continue Trial by Santos Caro. (Attachments: # 1 Proposed Order) Noting Date 4/9/2021, (Levy, Gilbert) (Entered: 04/01/2021) |
| 04/13/2021 | 124 | WAIVER of Speedy Trial by Santos Caro (Levy, Gilbert) (Entered: 04/13/2021) |
| 04/13/2021 | 125 | ORDER CONTINUING TRIAL DATE as to Santos Caro signed by Judge Richard A. Jones. Defendant's 121 MOTION to Continue Trial is GRANTED. Jury Trial is continued to 10/18/2021 at 9:00 AM in Courtroom 13106 before Judge Richard A. Jones. All pretrial motions, including motions in limine, shall be filed no later than 9/2/2021. (cc: PTS/USPO, USMO) (VE) (Entered: 04/13/2021) |
| 04/19/2021 | 126 | MOTION to Appoint Counsel *(Discovery Coordinator)* by Santos Caro as to Jose Luis Ibarra-Valle, Jesus Gutierrez-Garcia, Jesus Garnica-Melgoza, Humberto Garcia, Santos Caro, Charles Hoffman, Lee Wallette, Tisha Girtz (Attachments: # 1 Exhibit, # 2 Proposed Order) Noting Date 4/30/2021, (Levy, Gilbert) (Entered: 04/19/2021) |
| 04/28/2021 | 127 | ORDER by Judge Richard A. Jones granting 126 MOTION to Appoint Counsel *(Discovery Coordinator)* as to Jose Luis Ibarra-Valle (1), Jesus Gutierrez-Garcia (2), Jesus Garnica-Melgoza (3), Humberto Garcia (4), Santos Caro (5), Charles Hoffman (6), Lee Wallette (7), and Tisha Girtz (8). Russell M. Aoki of Aoki Law, PLLC is appointed as Coordinating Discovery Attorney for court-appointed defense counsel. (VE) (Entered: 04/28/2021) |
| 06/21/2021 | 153 | MOTION to Seal Document *Ex Parte Motion for Documents Subpoena* by Santos Caro. (Attachments: # 1 Proposed Order) Noting Date 7/2/2021, (Levy, Gilbert) (Entered: 06/21/2021) |
| 06/22/2021 | 155 | ORDER granting 153 MOTION to Seal Document *Ex Parte Motion for Documents Subpoena* as to Santos Caro (5), signed by Judge Richard A. Jones. (VE) (Entered: 06/22/2021) |
| 08/02/2021 | 166 | NOTICE OF HEARING as to Santos Caro. (cc: USPO, PTS, USMO) Change of Plea Hearing set for 8/12/2021 at 01:00 PM in Courtroom 12B before Hon. Brian A Tsuchida. (AQ) (Entered: 08/02/2021) |
| 08/12/2021 | 167 | Minute Entry for proceedings held before Hon. Brian A Tsuchida- CRD: *A. Quach*; AUSA: *Nicholas Manheim*; Def Cnsl: *Gilbert Levy*; Court Reporter: *Digital Recording*; Time of Hearing: *1:00pm*; Courtroom: *12B*; **CHANGE OF PLEA HEARING** as to Santos Caro |

| | | |
|---|---|---|
| | | held on 8/16/2021. Defendant present in custody. Defendant placed under oath and advised of rights/charges/penalties; Defendant executes Consent to Rule 11 Plea in a felony case before a U.S. Magistrate Judge; Court reviews the plea agreement; Santos Caro (5) pleads GUILTY to Count 1. Remaining Counts to be dismissed at sentencing. Court finds the Defendant is competent to enter a guilty plea; Court signs the Report and Recommendation and Counsel have fourteen days to file objections; Court orders the preparation of a Presentence Report. Defendant remanded to custody.<br><br>Sentencing set for 11/19/2021 at 11:00 AM in Courtroom 13106 before Judge Richard A. Jones. (AQ) (Entered: 08/16/2021) |
| 08/12/2021 | 168 | CONSENT TO RULE 11 PLEA in a felony case as to Santos Caro (AQ) (Entered: 08/16/2021) |
| 08/12/2021 | 169 | PLEA AGREEMENT as to Santos Caro (cc: USPO, FLU, AFU) (AQ) (Entered: 08/16/2021) |
| 08/12/2021 | 170 | REPORT AND RECOMMENDATION re Plea of Guilty as to Santos Caro by Hon. Brian A Tsuchida. Noting Date 8/27/2021. (Attachments: # 1 Proposed Acceptance of Plea) (cc: USPO) (AQ) (Entered: 08/16/2021) |
| 09/01/2021 | 175 | ORDER OF ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING as to Santos Caro by Judge Richard A. Jones. (cc: USPO) (VE) (Entered: 09/01/2021) |
| 11/12/2021 | 197 | SENTENCING MEMORANDUM by USA as to Santos Caro (Diggs, Benjamin) (Entered: 11/12/2021) |
| 11/15/2021 | 198 | SENTENCING MEMORANDUM by Santos Caro (Attachments: # 1 Exhibit)(Levy, Gilbert) (Entered: 11/15/2021) |
| 11/19/2021 | 199 | MINUTE ENTRY for proceedings held before Judge Richard A. Jones - CRD: *Victoria Ericksen*; AUSA: *Benjamin Diggs*; Def Cnsl: *Gilbert Levy*; USPO: *Blake Gjefle*; Court Reporter: *Sheri Schelbert*; **SENTENCING** held on 11/19/2021 for Santos Caro (5). As to Count 1, Defendant is committed to the custody of the Bureau of Prisons for a term of 60 months. Upon release, Defendant is subject to 4 years of supervised release with the standard and special conditions as set forth in the Judgment; $100.00 special assessment; fine waived. Upon the Government's motion, Count 3 is dismissed. The Court recommends participation in RDAP and placement at FCI Herlong. Defendant remanded to custody. (VE) (Entered: 11/19/2021) |

| | | |
|---|---|---|
| 11/19/2021 | 200 | JUDGMENT as to Santos Caro by Judge Richard A. Jones. (cc: USPO, PTS, FLU, Fin., USMO, Sea Tac Det) (VE) (Entered: 11/19/2021) |
| 05/20/2022 | 321 | NOTICE OF ATTORNEY APPEARANCE Karyn S Johnson appearing for USA. *(For the Purpose of Forfeiture)* (Johnson, Karyn) (Entered: 05/20/2022) |
| 08/25/2022 | 374 | NOTICE OF ATTORNEY APPEARANCE Vincent T Lombardi appearing for USA. (Lombardi, Vincent) (Entered: 08/25/2022) |
| 08/25/2022 | 375 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Benjamin T. Diggs for Plaintiff USA. (Diggs, Benjamin) (Entered: 08/25/2022) |
| 01/18/2023 | 391 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Nicholas Arnold Manheim for Plaintiff USA. (Manheim, Nicholas) (Entered: 01/18/2023) |
| 04/03/2023 | | RECEIPT of one (1) CD-ROM containing Dkt 411 , Exhibit 4, FILED UNDER SEAL. Re 412 NOTICE of Filing in Paper or Physical form with the Clerk's Office. (MJV)(Placed in expansion folder, stored on physical filing shelf in Seattle Clerk's Office) (Entered: 04/03/2023) |
| 07/03/2024 | 491 | ORDER ON STATUS REPORTS BY THE COORDINATING DISCOVERY ATTORNEY signed by Judge Richard A. Jones. The Coordinating Discovery Attorney is relieved of the duty of filing further monthly *ex parte* status reports. However, the Coordinating Discovery Attorney shall file a status report if the Government produces additional discovery. (VE) (Entered: 07/03/2024) |
| 08/04/2025 | 530 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Karyn S Johnson for Plaintiff USA. (Johnson, Karyn) (Entered: 08/04/2025) |
| 05/08/2026 | 562 | NOTICE of Related Case U.S. v. Sonora-Barron, CR20-198RSM, filed by attorney Vincent T Lombardi. (Lombardi, Vincent) (Entered: 05/08/2026) |